IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RANDALL E. MANN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  3:13cv668-WHA |
| ) | |
| JASON C. TOWNE, in his individual capacity, ) | (wo) |
| CHRIS MCCRANE, in his individual capacity, ) | |
| and CITY OF DADEVILLE, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on a Joint Motion for Settlement (Doc. #70), wherein the parties state that the matter has been resolved and request that the case be taken off the court's docket for September 29, 2014.   Accordingly, it is hereby ORDERED as follows:

1. The Joint Motion is GRANTED and the Clerk is DIRECTED to remove this case from the September 29, 2014 Opelika trial docket.

2. The parties are given 21 days to file a stipulation for dismissal of this case with prejudice.

Done this 26th day of September, 2014.

        /s/ W. Harold Albritton
        W.  HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE