IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RANDALL E. MANN, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON C. TOWNE, in his individual capacity, )<br>CHRIS MCCRANE, in his individual capacity, )<br>and CITY OF DADEVILLE, ALABAMA, )<br>)<br>Defendants. ) | Civil Action No.  3:13cv668-WHA<br><br>(wo) |

ORDER

Upon consideration of the Stipulation of Dismissal With Prejudice (Doc. #72), and for good cause shown, it is hereby ORDERED that the parties' joint motion to dismiss the case with prejudice is GRANTED, and the case is DISMISSED with prejudice.

Costs taxed as paid.

Done this 20th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE